FILED' 11 JAN 25 8:09USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SCOTT ROSENDAHL and GINNY
A. ROSENDAHL, Husband-and-
Wife,

        Plaintiffs,      Civ. No. 10-3005-PA

                              **TEMPORARY RESTRAINING ORDER**

   v.

REGIONAL TRUSTEE SERVICES
CORPORATION, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., FAIRWAY
MORTGAGE CORPORATION,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, TRUSTEE,

        Defendants.

**PANNER, J.**

Pro se plaintiffs Scott and Ginny A. Rosendahl seek a temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on January 25, 2011 at 11:00 a.m. and defendants

1 - ORDER

have not complied with the legal requirements for a valid foreclosure.

Because of the alleged imminent foreclosure sale, I grant plaintiffs' request for a temporary restraining order (#4). Defendants are enjoined from carrying out the foreclosure sale of plaintiffs' property at 5145 Rogue River Drive, Eagle Point, Oregon, 97524 with a legal description attached to the Deed of Trust dated January 29, 2007, executed by SCOTT ROSENDAHL AND GINNY A. ROSENDAHL, HUSBAND AND WIFE, as Grantor, TO AMERITITLE, as Trustee, and recorded on February 5, 2007 (also attached as "Exhibit 1" in Document 4-1 in Civil Case Number 11-3005-PA) from this day until Monday, February 7, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction on February 7, 2011, at 1:30 p.m., in Medford.

IT IS SO ORDERED.

DATED this 25 day of January, 2011.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2   - ORDER